IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| NATHAN LILL § | |
| § | |
| Plaintiff § | |
| § | |
| VS. § | |
| § | |
| FCA US, LLC § | Civil Action No. _____ |
| § | |
| Defendant § | |
| § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW COMES NATHAN LILL, Plaintiff, and for cause of action would respectfully show the following:

### I. THE PARTIES

**A. PLAINTIFF**

1. Plaintiff, NATHAN LILL, is a citizen of the United States, and specifically, a citizen of the State of Texas, residing in Victoria County, Texas. NATHAN LILL brings suit herein in his individual capacity for his personal injuries.

**B. DEFENDANT**

2. Defendant FCA US LLC ("FCA") is a foreign limited liability company incorporated in the state of Delaware. Defendant FCA US LLC is also known as, or is part of, Stellantis, which was formed in 2021 on a merger of Fiat Chrysler Automobiles (FCA) and the PSA Group (Peugeot S.A.). At or about the time the vehicle in question was designed, manufactured and sold, the company's name was Chrysler Group LLC. FCA US LLC, formally known as Chrysler Group LLC, and its predecessor Chrysler entities for which it is responsible and/or for which it has agreed to assume liability claims, is a foreign limited company formed under the laws of Delaware. FCA US LLC

is registered with the Texas Secretary of State and conducts business in Texas. FCA US LLC is in the business of researching, developing, designing, specifying, approving, testing, manufacturing, monitoring, inspecting, marketing, distributing, and selling its motor vehicles, automotive parts, and services, including the vehicle in question and all of its maintenance information. Defendant FCA may be served with process by serving its agent for service who is C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX 75201-3136.

## II. JURISDICTION AND VENUE

3.  The Court has jurisdiction over the lawsuit under 28 U.S.C. § 1332(a)(1) because Plaintiff and Defendant are citizens of different U.S. states (Texas and Delaware, respectively), and the amount in controversy exceeds $75,000, excluding interest and costs.

4.  This is a negligence and personal injury cause of action arising out of a motor vehicle collision occurring in Refugio County in the Southern District of Texas. Venue is proper in the Southern District of Texas pursuant to 28 U.S.C. § 1391(b)(2) because this is a judicial district in which a substantial part of the events or omissions giving rise to this claim occurred in this judicial district.

## III. CONDITIONS PRECEDENT

5.  All conditions precedent have been performed or have occurred.

## IV. FACTS

6.  The vehicle in question refers to the vehicle being operated at the time of the incident in question by Plaintiff, a 2014 Dodge Ram 5500 Pickup and bearing VIN (vehicle identification number) 3C7WRNAL5EG272829.

7.  The vehicle in question was an electrical service truck with a boom bucket attached to the bed.

8.  At the time of the incident in question, the vehicle in question was owned or leased by RBS Assett Finance and/or AEP (American Electric Power).

9. This suit arises out of a motor vehicle incident, which occurred on or about October 29, 2021.

10. On this date, Plaintiff Nathan Lill was traveling northwest on State Highway 202 when the left tires and rims came off the subject Dodge Ram 5500 pickup.

11. The vehicle in question swerved and spun 180 degrees before rolling onto its left side and coming to rest facing southeast on it left side.

12. The Dodge Ram 5500 pickup began smoking and soon caught fire.

13. Nathan Lill was able to exit the pickup in question as it became engulfed in the flames.

14. The failure was initially described by authorities as "possible mechanical defect."

15. The failure was later determined to be failure (breaking) of the wheel studs.

16. Such failure resulted in bodily injury and damages to Plaintiff Nathan Lill.

## V. NEGLIGENCE OF FCA US, LLC ("FCA")

17. On May 27, 2021 the NHTSA (National Highway Traffic Safety Administration) received recall report from Chrysler (FCA US, LLC), Recall Number 21V-398 ("the recall"). *See* Exhibit 1, Recall.

18. The recall stated a potential 447,985 vehicles were involved.

19. The vehicle in question (2014 Dodge Ram 5500 pickup) was included in the recall.

20. The recall's chronology begins with the following entry: "On August 18, 2020, the FCA US LLC ("FCA US") Vehicle Safety and Regulatory Compliance ("VSRC") organization opened an investigation as a result of reports alleging wheel studs breaking on heavy duty trucks." *See* Exh. 1, Recall at page 4.

21. In an amended notice issued November 23, 2021, FCA states that "[a]s of May 14, 2021, FCA US has identified 128 customer assistance records, 116 warranty claims, and 184 field reports potentially relating to this issue for all markets **with dates of receipt ranging from January 26, 2012 to May 14, 2021**. [*emphasis added*]. *See* Exh. 2, Amended Recall. The subject truck and facts of the incident fall squarely within the parameters of this recall.

22. The amendment reveals FCA had significant notice of the defect.

23. Such notice was evident even before the subject 2014 Dodge Ram 5500 pickup was manufactured.

24. Plaintiff incorporates by reference each and all of the allegations contained in paragraphs 1 – 23 of this Complaint as though fully set forth herein.

25. Plaintiff further asserts and alleges at the time of the collision made the basis of this suit that Defendant FCA was guilty of various acts and/or omissions which constituted negligence, including, but in no way limited to, the following, each of which singularly or in combination with others, was a proximate cause of the occurrence in question:

    a. failing to timely notify Nathan Lill, AEP, or the public of the torquing issue, which would cause the lug nut failure;

    b. failing to properly notify Nathan Lill, AEP, or the public of the torquing issue, which would cause the lug nut failure;

    c. creating a danger to the public, of which it had specific knowledge, and then failing to protect the public from such danger; and

    d. failing to exercise an earlier recall or to fix a known problem.

26. Each and all of the above mentioned acts of omission and/or commission constituted negligence and were a proximate cause of the injuries and damages to Plaintiff and for which Plaintiff hereby seeks recovery.

27. Defendant FCA appreciated the extreme degree of risk the incorrect torquing would create and consciously ignored it, to the detriment of the rights and safety of others.

### VII.   DAMAGES

28. Plaintiff incorporates by reference each and all of the allegations contained in Paragraphs 1 through 27 of this Complaint as though fully set forth herein.

29. Nearly all of the elements of damages for personal injury are unliquidated and, therefore, not subject to precise computation.  Plaintiff seeks to recover damages in amounts the jury finds the evidence supports and the jury finds to be appropriate under all of the circumstances.

30. As a result of the incident in question, Nathan Lill was seriously injured and suffered severe, permanent and disabling injuries.

31. As a result of the incident in question, Nathan Lill has suffered physical pain and mental anguish in the past.

32. As a result of the incident in question, Nathan Lill, in reasonable probability, will suffer physical pain and mental anguish in the future.

33. As a result of the incident in question, Nathan Lill suffered loss of earning capacity in the past.

34. As a result of the incident in question, Nathan Lill, in reasonable probability, will suffer loss of earning capacity in the future.

35. As a result of the incident in question, Nathan Lill has suffered disfigurement, limitation of activities and a diminution of enjoyment of life, in the past.

36. As a result of the incident in question, Nathan Lill, in reasonable probability will suffer disfigurement, limitation of activities and a diminution of enjoyment of life, in the future.

37. As a result of the incident in question, Nathan Lill has suffered physical impairment, limitation of activities and a diminution of enjoyment of life, in the past.

38. As a result of the incident in question, Nathan Lill, in reasonable probability will suffer physical impairment, limitation of activities and a diminution of enjoyment of life, in the future.

39. As a result of the incident in question, Nathan Lill has incurred medical care expenses in the past.

40. As a result of the incident in question, Nathan Lill, in reasonable probability, will incur medical care expenses in the future.

## VIII.  PRE-JUDGMENT AND POST-JUDGMENT INTEREST

41. Plaintiff incorporates by reference each and all of the allegations contained in Paragraphs 1 through 40 of this Complaint as though fully set forth herein.

42. Plaintiff seeks pre-judgment and post-judgment interest as allowed by law.

## IX.  JURY DEMAND

43. Plaintiff requests a trial by jury for all issues of fact.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays Defendant be cited to appear and answer herein, this cause be set down for trial before a jury, and Plaintiff recovers judgment of and from Defendant for Plaintiff's actual damages, jointly and severally, in such amount as the evidence may show and the jury may determine to be proper, together with the prejudgment interest, post-judgment interest, costs of suit, and such other and further relief to which Plaintiff may show himself to be justly entitled.

Respectfully submitted,

SAHADI LEGAL GROUP

By: */s/ Reagan Sahadi*
R. Reagan Sahadi
Federal Bar Number 634434
State Bar Number 24042369
414 S. Tancahua Street
Corpus Christi, TX  78401
E-mail:  rsahadi@sahadilegal.com
e-filing@sahadilegal.com
Telephone:  361-760-3300

**ATTORNEY IN CHARGE FOR PLAINTIFF**

# Part 573 Safety Recall Report    21V-398

| | |
|---|---|
| **Manufacturer Name :** | Chrysler (FCA US, LLC) |
| **Submission Date :** | MAY 27, 2021 |
| **NHTSA Recall No. :** | 21V-398 |
| **Manufacturer Recall No. :** | Y26, Y36 |



**Manufacturer Information :**

Manufacturer Name : Chrysler (FCA US, LLC)
Address : 800 Chrysler Drive
CIMS 482-00-91 Auburn Hills MI 48326-2757
Company phone : 1-800-853-1403

**Population :**

Number of potentially involved : 447,985
Estimated percentage with defect : 100 %

**Vehicle Information :**

Vehicle 1 : 2012-2021 Ram 3500 Pickup
Vehicle Type :
Body Style : PICKUP TRUCK
Power Train : NR

Descriptive Information : Some 2012-2021 MY Ram 3500 Pickup vehicles with flanged lug nuts may have their lug nuts over-torqued during service due to an incorrect torque specification in the Service & Owner's manuals.

The suspect period began on May 18, 2011, when the incorrect owner's manual information started to be included with vehicles, and ended May 21, 2021, when the torque specification in all affected service and owner's manuals were updated. The vehicle population was determined through owner's manual revision history and historical service specifications.

Similar vehicles not included in this recall were built with a different lug nut design or were built after the suspect period.

The total affected vehicles for this model is 221,091.

Production Dates : MAY 18, 2011 - MAY 21, 2021
VIN Range 1 : Begin :    NR    End :    NR    ☐ Not sequential

EXHIBIT 1

| | |
|---|---|
| Vehicle 2 : | 2012-2021 Ram 3500 Cab Chassis |
| Vehicle Type : | |
| Body Style : | OTHER |
| Power Train : | NR |
| Descriptive Information : | Some 2012-2021 MY Ram 3500 Cab Chassis vehicles with flanged lug nuts may have their lug nuts over-torqued during service due to an incorrect torque specification in the Service & Owner's manuals.

The suspect period began on April 26, 2011, when the incorrect owner's manual information started to be included with vehicles, and ended May 21, 2021, when the torque specification in all affected service and owner's manuals were updated. The vehicle population was determined through owner's manual revision history and historical service specifications.

Similar vehicles not included in this recall were built with a different lug nut design or were built after the suspect period.

The total affected vehicles for this model is 76,863. |
| Production Dates : | APR 26, 2011 - MAY 21, 2021 |
| VIN Range 1 : Begin : | NR   End : NR   ☐ Not sequential |

| | |
|---|---|
| Vehicle 3 : | 2012-2021 Ram 4500/5500 Cab Chassis |
| Vehicle Type : | |
| Body Style : | OTHER |
| Power Train : | NR |
| Descriptive Information : | Some 2012-2021 MY Ram 4500/5500 Cab Chassis vehicles with flanged lug nuts may have their lug nuts over-torqued during service due to an incorrect torque specification in the Service & Owner's manuals.

The suspect period began on May 31, 2011, when the incorrect owner's manual information started to be included with vehicles, and ended May 21, 2021, when the torque specification in all affected service and owner's manuals were updated. The vehicle population was determined through owner's manual revision history and historical service specifications.

Similar vehicles not included in this recall were built with a different lug nut design or were built after the suspect period.

The total affected vehicles for this model is 150,031. |
| Production Dates : | MAY 31, 2011 - MAY 21, 2021 |
| VIN Range 1 : Begin : | NR   End : NR   ☐ Not sequential |

**Description of Defect :**

| | |
|---|---|
| Description of the Defect : | Torque specification information included in vehicle Service and Owner's Manuals may cause flanged lug nuts to be torqued to a level that may cause the wheel stud to yield and eventually break during vehicle operation. |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | A yielded wheel stud may eventually break, which could lead to a wheel separating from the vehicle during operation. A wheel separating from the vehicle could cause a vehicle crash without prior warning and/or the wheel/tire could pose a risk to other vehicles or pedestrians. |
| Description of the Cause : | NR |
| Identification of Any Warning that can Occur : | None |

**Involved Components :**

| | |
|---|---|
| Component Name 1 : | Bolt/knurl.nk |
| Component Description : | M14x1.50x80 |
| Component Part Number : | 06509399AA |

| | |
|---|---|
| Component Name 2 : | Bolt/knurl.nk |
| Component Description : | M14x1.50x70 |
| Component Part Number : | 06509853AA |

| | |
|---|---|
| Component Name 3 : | Bolt/knurl.nk |
| Component Description : | M14x1.50x88 |
| Component Part Number : | 06509420AA |

**Supplier Identification :**

**Component Manufacturer**

| | |
|---|---|
| Name : | NR |
| Address : | NR |

The information contained in this report was submitted pursuant to 49 CFR §573

|           |     |
|-----------|-----|
|           | NR  |
| Country : | NR  |

**Chronology :**

• On August 18, 2020, the FCA US LLC ("FCA US") Vehicle Safety and Regulatory Compliance ("VSRC") organization opened an investigation as a result of reports alleging wheel studs breaking on heavy duty trucks.

• In September 2020, FCA US Chassis Engineering and Materials engineering ran torque to failure tests and analyzed the material properties of the broken studs.

• From October 2020, through December 2020, FCA US VSRC and Chassis Engineering continued the investigation analyzing field reports and claims of broken studs.

• From January 2021, through March 2021, FCA US engineering continued to analyze the strength of the stud to determine if the torque specification was appropriate.

• From April 2021, through May 2021, FCA US continued to review service and owner's information to determine what torque specifications were released for vehicles using M14 studs and flanged lug nuts.

• As of May 14, 2021, FCA US has identified 128 customer assistance records, 116 warranty claims, and 184 field reports potentially relating to this issue for all markets.

• As of May 14, 2021, FCA US is not aware of any accidents or injuries potentially relating to this issue for all markets.

• On May 21, 2021, FCA US determined, through the Vehicle Regulations Committee, to conduct a voluntary safety recall of the affected vehicles.

**Description of Remedy :**

| Description of Remedy Program : | FCA US will conduct a voluntary safety recall on all affected vehicles to inspect the wheel studs (Y26 only) and update the torque specification in owner's information and published service documents. Vehicles found with studs that are potentially yielded will have a new stud installed and the lug nuts tightened to the updated torque specification. |
|---|---|
| | FCA US has a longstanding policy and practice of reimbursing owners who have incurred the cost of repairing a problem that subsequently becomes the subject of a field action. To ensure consistency, FCA US, as part of the owner letter, will request that customers send the original receipt and/or other adequate proof of payment to the company for confirmation of the expense. |

# Part 573 Safety Recall Report        21V-398        Page 5

| | |
|---|---|
| How Remedy Component Differs from Recalled Component : | This recall is not related to a part defect but rather incorrect vehicle service information. The remedy component will be a replacement stud with the lug nut tightened to a torque specification that will not yield the stud. |
| Identify How/When Recall Condition was Corrected in Production : | NR |

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | **05/27/2021: FCA US will notify dealers and begin notifying owners on or about 07/16/2021. |
| Planned Dealer Notification Date : | JUL 16, 2021 - JUL 16, 2021 |
| Planned Owner Notification Date : | JUL 16, 2021 - JUL 16, 2021 |

* NR - Not Reported

OMB Control No.: 2127-0004

# Part 573 Safety Recall Report      21V-398

| | |
|---|---|
| **Manufacturer Name :** | Chrysler (FCA US, LLC) |
| **Submission Date :** | NOV 23, 2021 |
| **NHTSA Recall No. :** | 21V-398 |
| **Manufacturer Recall No. :** | Y26, Y36, Y60 |



## Manufacturer Information :

| | |
|---|---|
| Manufacturer Name : | Chrysler (FCA US, LLC) |
| Address : | 800 Chrysler Drive<br>CIMS 482-00-91 Auburn Hills MI 48326-2757 |
| Company phone : | 1-800-853-1403 |

## Population :

Number of potentially involved : 447,985
Estimated percentage with defect : 100 %

## Vehicle Information :

**Vehicle 1 :** 2012-2021 Ram 3500 Pickup
**Vehicle Type :**
**Body Style :** PICKUP TRUCK
**Power Train :** NR

**Descriptive Information :** Some 2012-2021 MY Ram 3500 Pickup vehicles with flanged lug nuts may have their lug nuts over-torqued during service due to an incorrect torque specification in the Service & Owner's manuals.

The suspect period began on May 18, 2011, when the incorrect owner's manual information started to be included with vehicles, and ended May 21, 2021, when the torque specification in all affected service and owner's manuals were updated. The vehicle population was determined through owner's manual revision history and historical service specifications.

Similar vehicles not included in this recall were built with a different lug nut design or were built after the suspect period.

The total affected vehicles for this model is 221,091.

**Production Dates :** MAY 18, 2011 - MAY 21, 2021
**VIN Range 1 : Begin :** NR    **End :** NR    ☐ Not sequential

EXHIBIT 2

The information contained in this report was submitted pursuant to 49 CFR §573

| | |
|---:|:---|
| Vehicle 2 : | 2012-2021 Ram 4500/5500 Cab Chassis |
| Vehicle Type : | |
| Body Style : | OTHER |
| Power Train : | NR |
| Descriptive Information : | Some 2012-2021 MY Ram 4500/5500 Cab Chassis vehicles with flanged lug nuts may have their lug nuts over-torqued during service due to an incorrect torque specification in the Service & Owner's manuals. |
| | The suspect period began on May 31, 2011, when the incorrect owner's manual information started to be included with vehicles, and ended May 21, 2021, when the torque specification in all affected service and owner's manuals were updated. The vehicle population was determined through owner's manual revision history and historical service specifications. |
| | Similar vehicles not included in this recall were built with a different lug nut design or were built after the suspect period. |
| | The total affected vehicles for this model is 150,031. |
| Production Dates : | MAY 31, 2011 - MAY 21, 2021 |
| VIN Range 1 : Begin : | NR       End : NR       ☐ Not sequential |

| | |
|---:|:---|
| Vehicle 3 : | 2012-2021 Ram 3500 Cab Chassis |
| Vehicle Type : | |
| Body Style : | OTHER |
| Power Train : | NR |
| Descriptive Information : | Some 2012-2021 MY Ram 3500 Cab Chassis vehicles with flanged lug nuts may have their lug nuts over-torqued during service due to an incorrect torque specification in the Service & Owner's manuals. |
| | The suspect period began on April 26, 2011, when the incorrect owner's manual information started to be included with vehicles, and ended May 21, 2021, when the torque specification in all affected service and owner's manuals were updated. The vehicle population was determined through owner's manual revision history and historical service specifications. |
| | Similar vehicles not included in this recall were built with a different lug nut design or were built after the suspect period. |
| | The total affected vehicles for this model is 76,863. |
| Production Dates : | APR 26, 2011 - MAY 21, 2021 |
| VIN Range 1 : Begin : | NR       End : NR       ☐ Not sequential |

**Description of Defect :**

| | |
|---|---|
| Description of the Defect : | Torque specification information included in vehicle Service and Owner's Manuals may cause flanged lug nuts to be torqued to a level that may cause the wheel stud to yield and eventually break during vehicle operation. |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | A yielded wheel stud may eventually break, which could lead to a wheel separating from the vehicle during operation. A wheel separating from the vehicle could cause a vehicle crash without prior warning and/or the wheel/tire could pose a risk to other vehicles or pedestrians. |
| Description of the Cause : | NR |
| Identification of Any Warning that can Occur : | None |

**Involved Components :**

Component Name 1 : Bolt/knurl.nk
Component Description : M14x1.50x80
Component Part Number : 06509399AA

Component Name 2 : Bolt/knurl.nk
Component Description : M14x1.50x70
Component Part Number : 06509853AA

Component Name 3 : Bolt/knurl.nk
Component Description : M14x1.50x88
Component Part Number : 06509420AA

**Supplier Identification :**

**Component Manufacturer**

Name : NR
Address : NR

The information contained in this report was submitted pursuant to 49 CFR §573

| | |
|---|---|
| Country : | NR |
| | NR |

**Chronology :**

• On August 18, 2020, the FCA US LLC ("FCA US") Vehicle Safety and Regulatory Compliance ("VSRC") organization opened an investigation as a result of reports alleging wheel studs breaking on heavy duty trucks.

• In September 2020, FCA US Chassis Engineering and Materials engineering ran torque to failure tests and analyzed the material properties of the broken studs.

• From October 2020, through December 2020, FCA US VSRC and Chassis Engineering continued the investigation analyzing field reports and claims of broken studs.

• From January 2021, through March 2021, FCA US engineering continued to analyze the strength of the stud to determine if the torque specification was appropriate.

• From April 2021, through May 2021, FCA US continued to review service and owner's information to determine what torque specifications were released for vehicles using M14 studs and flanged lug nuts.

• As of May 14, 2021, FCA US has identified 128 customer assistance records, 116 warranty claims, and 184 field reports potentially relating to this issue for all markets with dates of receipt ranging from January 26, 2012 to May 14, 2021.

• As of May 14, 2021, FCA US is not aware of any accidents or injuries potentially relating to this issue for all markets.

• On May 21, 2021, FCA US determined, through the Vehicle Regulations Committee, to conduct a voluntary safety recall of the affected vehicles.

# Part 573 Safety Recall Report    21V-398    Page 5

**Description of Remedy :**

| | |
|---|---|
| Description of Remedy Program : | FCA US will conduct a voluntary safety recall on all affected vehicles. For vehicles in Y26 and Y60, FCA US will inspect the wheel studs and update the torque specification in owner's information and published service documents. Vehicles found with studs that are potentially yielded will have a new stud installed and the lug nuts tightened to the updated torque specification. For vehicles in Y36, FCA US will update the torque specification in owner's information and published service documents.<br><br>FCA US has a longstanding policy and practice of reimbursing owners who have incurred the cost of repairing a problem that subsequently becomes the subject of a field action. To ensure consistency, FCA US, as part of the owner letter, will request that customers send the original receipt and/or other adequate proof of payment to the company for confirmation of the expense. |
| How Remedy Component Differs from Recalled Component : | This recall is not related to a part defect but rather incorrect vehicle service information. The remedy component will be a replacement stud with the lug nut tightened to a torque specification that will not yield the stud. |
| Identify How/When Recall Condition was Corrected in Production : | NR |

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | **11/23/2021: FCA US will notify dealers and begin notifying owners for FCA campaign Y36 with final remedy notifications on or about 12/28/2021. FCA US notified owners for FCA campaign Y60 with final notifications on 8/26/2021. FCA US will notify dealers and begin notifying owners for FCA campaign Y60 with additional final remedy notifications on or about 12/16/2021. FCA US will notify dealers and begin notifying owners of 19-21MY vehicles for FCA campaign Y26 with final notifications on or about 11/30/2021. FCA US will notify dealers and begin notifying owners of 12-18MY vehicles for FCA campaign Y26 with final notifications on or about 12/28/2021.<br><br>**8/19/2021: FCA US notified dealers for FCA campaign Y36 with final notifications on 06/08/21.  FCA US will begin notifying owners for FCA campaign Y60 with final notifications on or about 08/26/2021. FCA US will notify dealers and begin notifying owners for FCA campaign Y26 with final notifications on or about 12/28/21.<br><br>**06/22/2021: FCA US will notify dealers and begin notifying owners for FCA campaign Y26 with final notifications on or about 12/28/21.<br><br>**05/27/2021: FCA US will notify dealers and begin notifying owners on or about 07/16/2021. |
| Planned Dealer Notification Date : | JUL 16, 2021 - JUL 16, 2021 |

Planned Owner Notification Date : JUL 16, 2021 - JUL 16, 2021

* NR - Not Reported